In the Matter of the Application of FRANK A. CRAIG, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [173 Misc. 969.]

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent. CHARLES H. RATHBONE, III, an Infant, etc., and Others, Respondents, Appellants; ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [170 Misc. 1030.]

ARTHUR J. RONAGHAN, as Executor, etc., of CHARLES HAYDEN, Deceased, Plaintiff, and EDGAR A. DOUBLEDAY and ERLE V. DAVELER, as Executors, etc., of CHARLES HAYDEN, Deceased, Respondents, v. BERNARD DAVIS, Appellant. MANUFACTURERS TRUST COMPANY, Respondent, v. BERNARD DAVIS, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and deny the motions.

In the Matter of the Application of SAMUEL SPRUNG, as Executor of the Estate of MARK ROSENTHAL, Deceased, to Discover Certain Personal Property of Said Deceased, Claimed to Be Withheld. ESTELLE R. KAHN, Appellant; SAMUEL SPRUNG, as Executor, etc., and CHARLES B. KNIGHT AGENCY, INC., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 771.]